■ PRICEWATERHOUSECOOPERS, INC., as Interim Receiver, Monitor and Foreign Representative of FANTOM TECHNOLOGIES, INC., Appellant, v SONWIL DISTRIBUTION CENTER, INC., Respondent. [773 NYS2d 666]—Appeal from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), granted February 14, 2003. The order dismissed the petition seeking a stay of a warehouseman's lien held by respondent and a reduction of the lien.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.